**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

DIRECTORS OF THE OHIO
CONFERENCE OF PLASTERERS AND
CEMENT MASONS COMBINED FUNDS, INC.,   Case No. 1:18-cv-188

    Plaintiffs,

                                          Barrett, J.
v.                                       Bowman, M.J.

S & S PLASTERING LLC,

    Defendant.

## REPORT AND RECOMMENDATION

Pursuant to local practice, this case has been referred to the undersigned magistrate judge for initial consideration and a report and recommendation on a pending motion for default judgment against the sole Defendant, S & S Plastering LLC.  Plaintiff filed its complaint against the Defendant on March 16, 2018, and summons was issued on April 27, 2018.  Summons was returned executed on May 17, 2018, but Defendant failed to appear, resulting in the entry of default by the Clerk of Court on June 21, 2018.

Plaintiffs now seek the entry of default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and have tendered a proposed Order to the Court for that purpose.  Because Plaintiffs' claim is not for an amount certain, the proposed Order requires Plaintiffs to file an affidavit containing information about the amounts owed by Defendant following discovery, including an audit of Defendant's books and records by Plaintiffs for the period of February 2016 to the present.  By separate Order filed herewith, the undersigned directs Plaintiffs to file periodic status reports in order to ensure that the audit will be timely completed.

Accordingly, upon examination of the record in this case and the proposed Order, **IT IS RECOMMENDED THAT** Plaintiffs' motion for default judgment (Doc. 11) be **GRANTED** and that the tendered Order be entered.

*s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

DIRECTORS OF THE OHIO
CONFERENCE OF PLASTERERS AND
CEMENT MASONS COMBINED FUNDS, INC.,   Case No. 1:18-cv-188

    Plaintiffs,

                                    Barrett, J.
v.                                           Bowman, M.J.

S & S PLASTERING LLC,

    Defendant.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

3