IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Directors of the Ohio Conference of Plasterers
and Cement Masons Combined Funds, Inc., :
:
    Plaintiff(s), :
: Case Number: 1:18cv188
vs. :
: Judge Susan J. Dlott
S & S Plastering LLC, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 11, 2019 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 25, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, upon examination of the record it is ORDERED that plaintiff's motion for default judgment (Doc. 11) is GRANTED.

IT IS SO ORDERED.

                                                                           Judge Susan J. Dlott
                                                                           United States District Court